IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEWEY ADAM GARNER , | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-281 (MTT) |
| | * |
| CHERI BAKER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 24, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of September, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk